UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-0051-RSL-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| BEKET ELIZABETH CASS-GARCIA, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 7, 2007. The United States was represented by Assistant United States Attorney Norman Barbosa, and the defendant by Mr. James Vonasch. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Possession of Cocaine, and Theft of Government Property or Money, both Class A misdemeanors. On or about February 7, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of thirty (30) days in custody with credit for thirty (30) days served, and one year of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, consent to search and seizure, to remain in and successfully complete the Seadruner Program, financial disclosure, and restitution.

In a Petition for Warrant or Summons and a Violation Report and Request for Summons, both dated February 7, 2007, and a Supplemental Violation Report dated February 16, 2007, U.S. Probation Officer Tammy M. White asserted the following violations by defendant of the conditions of her supervised release:

Violation No. 1: Using crack cocaine on or about January 28, 2007, and January 31, 2007, in violation of standard condition number 7.

Violation No. 2: Using marijuana on or about January 29, 2007, in violation of standard condition number 7.

Violation No. 3: Committing the crime of possession of crack cocaine on or about January 31, 2007, in violation of the general condition that she not commit a federal, state, or local crime.

Violation No. 4: Failing to pay restitution in the amount of $300.00 as ordered in the Criminal Monetary Penalties sheet of the judgment.

Violation No. 5: Failing to pay the mandatory penalty assessment in the amount of $50.00 as outlined in the Criminal Monetary Penalties sheet of the judgment.

The defendant was advised of the allegations, and advised of her rights. Defendant admitted to the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to Violations 1 through 5, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Robert S. Lasnik on March 26th, 2007, at 8:30 a.m.

Pending a final determination by the Court, the defendant has been released on bond with the condition that she be released to the Seadruner Program, and be subject to continued supervision.

DATED this 7th day of March, 2007.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable Robert S. Lasnik
     AUSA:                   Mr. Norman Barbosa
     Defendant's attorney:   Mr. James Vonasch
     Probation officer:      Ms. Tammy M. White

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3